1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11    FERNANDO MORALES AGUILAR,      )   CASE NO. CV 13-00670 R (SS)
                                     )
12                     Petitioner,   )
                                     )
13            v.                     )        **JUDGMENT**
                                     )
14    WARDEN,                        )
                                     )
15                     Respondent.   )
                                     )
16    _____)

17

18        Pursuant to the Court's Order Dismissing Petition For Writ Of

19    Habeas Corpus,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22    without prejudice.

23

24        DATED: July 9, 2013

25                                    _____

26                                    MANUEL L. REAL
                                      UNITED STATES DISTRICT JUDGE
27

28